

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| JOYCE L. CRELIA and ROY CRELIA | CIVIL ACTION NO. 06-1479-A |
| -vs- | JUDGE DRELL |
| DOLLAR GENERAL CORPORATION and DOLGENCORP, INC. | MAGISTRATE JUDGE KIRK |

## RULING ON OBJECTIONS

Plaintiffs' objections to the use of Dr. Vekovius's notes by Drs. Wallace and Norton in formulating their medical opinions (Document No. 35) are OVERRULED. See Fed. R. Evid. 703.

SIGNED on this 15 day of May, 2008, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE